**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6619**

_____

EDWIN K. HARTZLER,

                                  Plaintiff - Appellant,

        versus

STATE OF SOUTH CAROLINA,

                                  Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia. G. Ross Anderson, Jr., District Judge.
(CA-99-3914-3-13BC)

_____

Submitted:  July 13, 2000          Decided:  July 25, 2000

_____

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Edwin K. Hartzler, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Edwin K. Hartzler appeals the district court's order dismissing without prejudice his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint seeking monetary damages against the State of South Carolina based on his continued involuntary confinement in a mental institution. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Hartzler v. South Carolina, No. CA-99-3914-3-13BC (D.S.C. Apr. 24, 2000). This disposition is without prejudice to Hartzler's ability to file a petition under 28 U.S.C. § 2241 (1994) challenging his continued confinement without a competency hearing.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] We express no opinion as to the merits of any such petition.

2